UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:04CV-359-H

RODNEY T. MOPPINS                                                                                    PLAINTIFF

V.

CSX TRANSPORTATION, INC.                                                                    DEFENDANT

**MEMORANDUM AND ORDER**

Plaintiff has requested his costs in this matter including $4,012.17 related to the costs paid as expert witness fees. Defendant objects to that particular portion of the costs and also to the awarding of full costs in this case.

Plaintiff was the prevailing party and, therefore, absent extraordinary circumstances, should be awarded its costs. However, expert witness fees may not be taxed as costs at a court's discretion under Rule 54(d). *L&W Supply Corporation v. Acuity*, _____ F.3d _____, No. 05-6845, slip op. at 4 (6th Cir. Jan. 23, 2007) (citing *Arlington Cent. Sch. Dist. Bd. of Educ. v. Murphy*, 126 S.Ct. 2455, 2462 (2006)). The prevailing party may recover ordinary witness costs such as attendance fees and travel expenses.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff is awarded costs in the amount of $1,565.84.

cc:	Counsel of Record